# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## NOTICE

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:21-CR-00242 |
| v. | (Chief Judge Brann) |
| HAYES D. HORNER, JR., | |
| Defendant. | |

Type of Case:
        ( ) Civil        (X) Criminal

(XX) TAKE NOTICE that a proceeding in this case has been **SCHEDULED** for the place, date and time set forth below:

| | |
|---|---|
| U.S. Courthouse | Courtroom #1 |
| Federal Building | Fourth Floor |
| 240 West Third Street | **October 18, 2021** |
| Williamsport, PA 17701 | at **12:00 p.m.** |

TYPE OF PROCEEDING:  **Initial Appearance / Arraignment / Guilty Plea**

                                      PETER J. WELSH, CLERK

                                      *s/ Janel R. Rhinehart, Deputy Clerk*
                                      Janel R. Rhinehart, Deputy Clerk

Dated:   September 28, 2021

TO:   Phillip J. Caraballo-Garrison, AUSA
       Leo A. Latella, Esquire
       U.S. Marshal
       U.S. Probation