## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | No. 4:21-CR-00242 |
| v. | | (Chief Judge Brann) |
| HAYES D. HORNER, JR., | | |
| Defendant. | | |

### PLEA

**AND NOW**, this 18th day of October 2021, the defendant, Joseph Rinker, having been arraigned in open court, hereby enters a plea of ***GUILTY*** to Count 1 of the Information.

_____
Defendant

_____
Counsel for Defendant